No. 93–1353.   UNITED STATES *v.* SIMPSON ET AL.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded

984

for further consideration in light of *United States* v. *Shabani*, *ante*, p. 10.